UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:14-MJ-1996-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Andre L. Stewart** | ) | |

On February 4, 2015, Andre L. Stewart appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5) was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on December 10, 2015, the court finds as a fact that Andre L. Stewart, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal Conduct
2. Failure to pay a monetary obligation.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
4. Failure to perform community service.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**ADDITIONALLY, IT IS ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of December, 2015.

Robert B. Jones, Jr.
U.S. Magistrate Judge